UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENRIQUE LOPEZ-SERVIN, ) | |
| ) | CASE NO. C12-1680-TSZ |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING PETITIONER'S |
| ) | PETITION FOR WRIT OF HABEAS |
| ERIC HOLDER, Attorney General of the ) | CORPUS |
| United States, *et al*., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus (Dkt. No. 1), respondent's return memorandum and motion to dismiss (Dkt. No. 13), petitioner's response (Dkt. No. 16), respondents' reply (Dkt. No. 17), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is GRANTED, and respondents' motion to dismiss (Dkt. No. 13) is DENIED;

01       (3)    Respondent shall provide petitioner with an individualized bond hearing before

02  an Immigration Judge within thirty days of the entry of this Order; and

03       (4)    The Clerk shall send a copy of this Order to the parties, and to Judge Theiler.

04       DATED this 1st day of April, 2013.

05

06

07                                   THOMAS S. ZILLY
                                       United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS
PAGE -2